UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CROWN HILL MANAGEMENT, LLC AND CROWN HILL CEMETERY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 1:17-cv-3109 ) ) |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Crown Hill Cemetery, by counsel, notifies the Court that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the above-captioned action ("Action") without prejudice. Defendant has filed neither an answer nor a motion for summary judgment in the Action.

Respectfully submitted,

/s/ *Michael A. Dorelli*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244
Telephone: (317) 822-4400
Facsimile:    (317) 822-0234

*Attorneys for Plaintiffs,
Crown Hill Management, LLC and Crown Hill Cemetery*

---

Acknowledged.
This action is hereby dismissed without prejudice.

Date: 11/20/2017

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana